**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**ALTERNATIVE DISPUTE RESOLUTION SUMMARY**

1.     Style of case:   **William T. Fennebresque v. Mark E. Rozeboom**

2.     Civil action number: **3:19-cv-03010-N**

3.     Nature of the suit:   **securities fraud**

4.     Method of ADR used: **mediation**

5.     Date ADR session was held: **October 20, 2020**

6.     Outcome of ADR *(Select one)*:

       ☐   Parties did not use my services       ☐   Settled, in part, as a result of ADR

       **X**   Settled as a result of ADR              ☐   Parties were unable to reach a settlement

7.     What was your TOTAL fee: **$6,585.00**

8.     Duration of ADR: **eight (8) hours**   (i.e., one day, two hours)

9.     Please list persons in attendance (including party association, defendant, plaintiff). Please provide the names, address and telephone number of counsel on the reverse of this form.

      **Please see attached**

10.    Provider information:

      Hon. Jeff Kaplan (Ret.)
      8401 North Central Expressway Suite 610
      Dallas, Texas 75225
      Telephone: (214) 744-5267

*/s/ Jeff Kaplan* _____            October 26, 2020
Signature

<u>Alternative Dispute Resolution Summary</u>
*Continued*


Please provide the names, addresses and telephone numbers of counsel:

LeElle B. Slifer
Daniel H. Charest
Mallory T. Biblo
Burns Charest, LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Phone: (469) 904-4550
Counsel for Plaintiff/Counter-Defendant William T. Fennebresque

Gregory A. Brassfield
Kent D. Krabill
Joshua Lang
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Phone: (214) 981-3800
Counsel for Defendant/Counter-Plaintiff Mark E. Rozeboom

Stuart T. Steinberg (by Zoom)
Dechert LLP
2929 Arch Street
Philadelphia, Pennsylvania 19104
Phone: (215) 994-4000
Counsel for Third Party Defendant North American Helium, Inc.


William T. Fennebresque, with Plaintiff/Counter-Defendant
Mark. E. Rozeboom, with Defendant/Counter-Plaintiff
Nicholas Snyder, with Third Party Defendant (by Zoom)

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2020, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Texas.

Judy Stephenson, Case Manager